**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**ELINETTE SANCHEZ MARRERO**                                              **PLAINTIFF**

**V.**                                        **CASE NO. 5:23-CV-5091**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 17) filed in this case on April 29, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.   No objections were filed by the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**.   Accordingly, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 14th day of May, 2024.

*/s/ Timothy L. Brooks*_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE